BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-MC-00064-JAM-GGH |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $26,985.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant David Fishman ("claimant"), by and through their respective counsel, as follows:

1.     On or about May 25, 2012, claimant David Fishman filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $26,985.00 (hereafter "defendant currency"), which was seized on February 8, 2012.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1

Stipulation and Order to Extend Time

PDF created with pdfFactory trial version www.pdffactory.com

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was August 23, 2012.

4.    By Stipulation and Order filed August 20, 2012, the parties stipulated to extend to November 23, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.    By Stipulation and Order filed November 15, 2012, the parties stipulated to extend to January 22, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to March 22, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///
///

2

Stipulation and Order to Extend Time

PDF created with pdfFactory trial version www.pdffactory.com

1    7.    Accordingly, the parties agree that the deadline by which the United States shall be

2    required to file a complaint for forfeiture against the defendant currency and/or to obtain an

3    indictment alleging that the defendant currency is subject to forfeiture shall be extended to March

4    22, 2013.

5    Dated:    1/17/13                                        BENJAMIN B. WAGNER
                                                              United States Attorney
6

7                                          By:    /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
8                                                 Assistant U.S. Attorney

9

10   Dated:    1/17/13                             /s/ William Cole
                                                  WILLIAM COLE
11                                                Attorney for Claimant David Fishman
                                                  (Authorized via telephone call 1/17/13)
12

13        IT IS SO ORDERED.

14   Dated:   1/17/2013

15                                                /s/ John A. Mendez
                                                  JOHN A. MENDEZ
16                                                United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

3

**Stipulation and Order to Extend Time**

PDF created with pdfFactory trial version www.pdffactory.com