UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United State of America , <br><br> Plaintiff, <br><br> v. <br><br> Approximately $26,985.00 in U.S. Currency, <br><br> Defendant. | Case No. 2:12-MC-0064 JAM GGH <br><br> **CONSENT JUDGMENT OF FORFEITURE** |

**IT IS ORDERED AND ADJUDGED** Consent Judgment is hereby ENTERED against defendant:

Upon entry of Consent Judgment of Forfeiture, $16,985.00 of $26,985.00 in U.S. Currency, together with any interest may have accrued on total amount seized, shall be forfeited to the United States pursuant to 21 USC 881(a)(6). Thereafter, $10,000 of $26,985.00 in U.S. Currency shall be returned to potential claimant David Fishman through his attorney William Cole.

Date: March 05, 2014                                        MARIANNE MATHERLY, CLERK

                                                            By: /s/ M. Marciel
                                                            Deputy Clerk